# MEMORANDA.

## OF THE

### CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS VOLUME, WHICH ARE NOT REPORTED IN FULL.

RICHARD PANCOAST et al., Appellants, v. JOHN J. SPOWERS, JR.,. Impleaded, etc., Respondent.

THIS case presented the same questions and was argued and decided with *Nicoll* v. *Spowers* (*ante*, p. 1),. the order of General Term being affirmed on opinion in that case.

HENRY TOZER, by Guardian, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY,. Appellant.

(Argued February 7, 1887; decided March 8, 1887.)

THIS action was brought to recover damages for injuries received at a railroad crossing alleged to have been caused by defendant's negligence.

The following is the *mem.* of opinion:

"This case falls within our decision in *Strohm* v. *N. Y.,. L. E. & W. R. R. Co.* (96 N. Y., 305). The testimony which was received, under exception, as to the ulterior consequences which might ensue or be apprehended from the injuries received by the plaintiff, was quite as objectionable as that for the reception of which the judgment in the case cited was reversed.

"The judgment appealed from should be reversed; and a, new trial granted, costs to abide the event."

*George C. Greene* for appellant.

*William C. Watson* for respondent.

*Per Curiam mem.* for reversal and new trial.
All concur.
Judgment reversed.